WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT
MAY 0 9 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ROBERT MANSON                         CIVIL ACTION NO. 07-cv-2072

VERSUS                                JUDGE WALTER

AMERICAN ELECTRIC POWER               MAGISTRATE JUDGE HORNSBY

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 23) is **granted** by dismissing Alvin Johnson's claims for Title VII retaliation and hostile work environment because they are beyond the scope of his EEOC charge, and the motion is otherwise **denied** with respect to Robert Manson.

**IT IS FURTHER ORDERED** that the Motion to Dismiss and for Sanctions (Doc. 48) is **granted in part** as follows: Plaintiff is directed to serve full and complete responses to the written discovery at issue within 10 days of the entry of this order. The motion is **denied** in all other respects.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___9___ day of ___May___, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE